1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
9                                       AT TACOMA

10    NORMAN GLEAVE,

11                    Plaintiff,                        CASE NO. C06-5585RJB

12          v.

13    SEAFARER SHIPPING, INC., VICTORIA                 ORDER
      SHIP MANAGEMENT, and OLDENDORFF
14    CARIERS,

15                    Defendants.

16

17        This matter comes before the Court on Plaintiff's Motion and Application for Issuance of

18   Letter of Request for Service in a Foreign Country.  Dkt. 15.  The Court has considered the

19   pleadings filed in support of and in opposition to the motion and the file herein.

20        On January 30, 2007, Plaintiff filed a Motion and Application for Issuance of Letter of

21   Request for Service in a Foreign County, requesting the Court to issue two Letters of Request,

22   pursuant to Rule 4(f).  Dkt. 15.  The proposed letters, addressed to the Philippine court, ask for

23   the court's assistance in serving Defendants Seafarer Shipping, Inc. and Victoria Ship

24   Management.  Dkt. 16; Dkt. 17.

25        On February 14, 2007, this Court issued a letter to Plaintiff's attorney, Gregory Bunnell,

26   stating this Court's reservations about issuing the Letters of Request.  Dkt. 18.  On February 15,

27   2007, Plaintiff submitted a Renewed Motion for Issuance of Letter of Request for International

28

ORDER
Page 1

1  Judicial Assistance.  Dkt. 19; Dkt. 22.  Plaintiff further submitted affidavits clarifying the intended

2  function of the issuance of Letters of Request.  Dkt. 20; Dkt. 23.

3        Plaintiff's attorney states that he has retained an agency specializing in international

4  service of process and that the agency has advised him that the approval of the Phillippines court

5  prior to service is the only way to ensure that a U.S. judgment will later be enforceable against a

6  defendant.  Dkt. 20, at 2.

7        The Federal Rules provide that service upon individuals in a foreign country may be

8  effected "as directed by the foreign authority in response to a letter rogatory or letter of request"

9  and by "other means not prohibited by international agreement."  Fed. Rule Civ. P. 4(f)(2)(A),

10  (f)(3).  Because Rule 4(f) permits the issuance of letters of request and Plaintiff's attorney has

11  been advised by the agency to obtain a letter of request from this Court, Plaintiff's Motion and

12  Application for Issuance of Letter of Request for Service in a Foreign County (Dkt. 15) should be

13  granted.  Further, Plaintiff's Renewed Motions for Issuance of Letters of Request for

14  International Judicial Assistance (Dkt. 19; Dkt. 22) should be stricken as moot.  This Order shall

15  not be construed as precluding challenges, if any, to the method or means of service.

16        Therefore, it is hereby **ORDERED:**

17        (1)      Plaintiff's Motion and Application for Issuance of Letter of Request for Service in

18               a Foreign Country (Dkt. 15) is **GRANTED**;

19        (2)      Plaintiff's Renewed Motions for Issuance of Letters of Request for International

20               Judicial Assistance (Dkt. 19; Dkt. 22) are **STRICKEN AS MOOT**; and

21        (3)      The Clerk of the Court is instructed to send uncertified copies of this Order to all

22               counsel of record and to any party appearing *pro se* at said party's last known

23               address.

24        DATED this 22nd day of February, 2007.

25

26                                    Robert J. Bryan
                                      United States District Judge
27

28

ORDER
Page 2