1 **Gregory A. Bunnell**
WSB # 33227
2 gregb@pbandf.com
PRESTON BUNNELL & FLYNN, LLP
3 1500 SW First Avenue, Suite 770
Portland, OR 97201-5837
4 Telephone:  (503) 227-5445
Facsimile:   (503) 227-1398
5 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORMAN GLEAVE, | Case No.   C06 5585 RJB |
| Plaintiff, | |
| v. | ORDER EXTENDING PRETRIAL DEADLINES |
| SEAFARER SHIPPING, INC., VICTORIA SHIP MANAGEMENT, and OLDENDORFF CARRIERS, | |
| Defendants. | |

The Plaintiff's Motion to Extend Pretrial Deadlines is GRANTED as follows:

FRCP 26 Conference deadline is extended to October 3, 2008; Initial Disclosure Deadline is extended to October 16, 2008; and Joint Status Report is extended to October 22, 2008.

Dated: June 3, 2008.

/s/ROBERT J. BRYAN
Robert J. Bryan
United States District Judge

ORDER EXTENDING PRETRIAL DEADLLINES

Page 1